MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail:  David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENG KONG, | ) |
|     Plaintiff, | ) CASE NO. 3:11-cv-00871-EMC |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 32-day extension, or until September 26, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.  Defendant seeks additional time due to his workload, which includes other district court briefs as well as other non-litigation substantive matters.

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     |     | Respectfully submitted, |

Dated: August 17, 2011        By:    s/*Lisa Lunsford*

                                                         [as e-authorized via email]
                                                         LISA LUNSFORD,
                                                         Attorney for Plaintiff

Dated: August 17, 2011        MELINDA L. HAAG
                                          United States Attorney

                                       By:    *s/ David Lerch*
                                                         DAVID LERCH
                                                         Special Assistant United States Attorney
                                                         Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated ___8/18/11___

EDWARD C. CHEN   EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen