MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8936
      Facsimile:  (415) 744-0134
      E-Mail:  David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENG KONG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | CASE NO. 3:11-cv-00871-EMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 21-day extension, or until October 17, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, and Plaintiff shall have an extension until November 7, 2011 to file any Reply brief.

      This is Defendant's second request for an extension of time in this matter.  Defendant seeks this additional time because portions of the Certified Administrative Record filed with the Court contain confidential information pertaining to an individual other than the Plaintiff, and a Supplemental Certified Administrative Record must be prepared and filed with the Court prior to the filing of Defendant's Cross-Motion for Summary Judgment.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Dated: September 23, 2011 | | By: | s/ *Lisa Lunsford* |
| | | | [as e-authorized via telephone]<br>LISA LUNSFORD,<br>Attorney for Plaintiff |
| Dated: September 23, 2011 | | | MELINDA L. HAAG<br>United States Attorney |
| | | By: | s/ *David Lerch*<br>DAVID LERCH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated __10/4/11__

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Stip. and Proposed order for Extension, 3:11-cv-00871-EMC        2