**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENG KONG,                                      No. C-11-0871 EMC

        Plaintiff,

                                  JUDGMENT IN A CIVIL CASE

   v.

MICHAEL J. ASTRUE,

        Defendant.

_____/

     **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.  **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** filed on April 20, 2012, Judgment is entered in favor of Defendant.  The Clerk of the Court is directed to close the file in this case.

Dated:   April 20, 2012              FOR THE COURT,
                                     Richard W. Wieking, Clerk

by: _____
                         Betty Lee
                         Courtroom Deputy